IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANA M. RIVERA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 23-2488 |
| | : | |
| v. | : | |
| | : | |
| ABIGAIL A. GROSS, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 30th day of June, 2023, after considering the *pro se* plaintiff's application to proceed *in forma pauperis* (Doc. No. 1), complaint (Doc. No. 2), and request for appointment of attorney (Doc. No. 3); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1.      The application to proceed *in forma pauperis* (Doc. No. 1) is **GRANTED** pursuant to 28 U.S.C. § 1915;

2.      The complaint (Doc. No. 2) is **DEEMED FILED**;

3.      The complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction;

4.      The request for appointment of attorney (Doc. No. 3) is **DENIED AS MOOT**; and

5.      The clerk of court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.